UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: HENRY, PATRICK L. | § | Case No. 13-80072 |
| HENRY, RAEANN L. | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 09/10/2014 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 07/29/2014        By: /s/MEGAN G. HEEG
                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: HENRY, PATRICK L.<br>      HENRY, RAEANN L.<br><br>Debtor(s) | § Case No. 13-80072<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,000.00 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 11,990.00 |
| **Balance on hand:** | $ 11,990.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Capital One Auto Finance | 15,452.23 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 11,990.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,950.00 | 0.00 | 1,950.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,266.50 | 0.00 | 3,266.50 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 201.78 | 0.00 | 201.78 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 5,418.28 |
| Remaining balance: | $ | 6,571.72 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:    $      0.00
    Remaining balance:    $      6,571.72

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:    $      0.00
    Remaining balance:    $      6,571.72

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,452.83 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 62.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry Portfolio Services | 4,684.15 | 0.00 | 2,944.93 |
| 2 | MidAmerican Energy Co | 468.34 | 0.00 | 294.45 |
| 3 | RRCA Accounts Management | 2,286.53 | 0.00 | 1,437.55 |
| 4 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 4 -2 | Capital One Bank (USA), N.A. | 721.16 | 0.00 | 453.39 |
| 5 | MEDIACOM COMMUNICATION CORPORATION | 320.19 | 0.00 | 201.30 |
| 6 | Community Health Care Inc | 311.00 | 0.00 | 195.53 |
| 7 | Genesis Health System Illini | 319.62 | 0.00 | 200.95 |
| 8 | Genesis Health System Illini Meditech | 1,042.00 | 0.00 | 655.11 |
| 9 | LVNV Funding, LLC its successors and | 299.84 | 0.00 | 188.51 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 6,571.72 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MEGAN G. HEEG
                                                    Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Patrick L. Henry  
Raeann L. Henry  
    Debtors

Case No. 13-80072-TML  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3     User: lorsmith     Page 1 of 2     Date Rcvd: Aug 13, 2014  
                       Form ID: pdf006     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2014.

```
db/jdb       #+Patrick L. Henry,    Raeann L. Henry,    10060 Main Street,    Fenton, IL 61251-9673
19898014     +Beneficial,    P. O. Box 3216,    Naperville, IL 60566-7216
19898015     +Beneficial Financial Inc.,    C/O Freedman, Anselmo, Lindberg LLC,    1807 W. Diehl Road,
               Naperville, IL 60563-1890
19898018     +CGH Medical Center,    101 E. Miller Road,    Sterling, IL 61081-1252
19898016     +Capital One,    P. O. Box 628,    Buffalo, NY 14240-0628
20119382      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19898013      Dennis Hewitt,    1124 Lincoln Highway,    Rochelle, IL 61068-1517
19898020    ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
              (address filed with court: Green Tree,    P. O. Box 94710,    Palatine, IL  60094)
19898011     +Henry Patrick L,    10060 Main Street,    Fenton, IL 61251-9673
19898012     +Henry Raeann L,    10060 Main Street,    Fenton, IL 61251-9673
20172422     +MEDIACOM COMMUNICATION CORPORATION,    3737 WESTOWN PARKWAY SUITE A,
               WEST DES  MOINES IOWA 50266-6748
19898022     +Mediacom,    2124 E. Kimberly Road Ste 150A,    Davenport, IA 52807-7223
20068909     +MidAmerican Energy Co,    PO Box 4350 Credit,    Davenport IA 52808-4350
19898023     +Midamerica,    P. O. Box 8020,    Davenport, IA 52808-8020
19898024     +Morrison Community Hospital,    303 N. Jackson Street,    Morrison, IL 61270-3099
19898025    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,    120 Corporate Blvd. Ste 1,    Norfolk, VA  23502)
19898027      RRCA Accounts Management,    201 E. 3rd Street,    Sterling, IL  61081-3611
19898026     +River Valley Oral Surgeons,    430 16th Avenue,    Moline, IL 61265-2940
19898028      Target NB,    P. O. Box 678,    Minneapolis, MN  55440
19898029     +U. S. Deparatment Of Education,    501 Bleecker Street,    Utica, NY 13501-2401
19898030     +University Hospitals Iowa City,    200 Hawkins Drive,    Iowa City, IA 52242-1009
19898031     +University Of Phoenix,    4635 E. Elwood Street,    Phoenix, AZ 85040-1958
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19922446     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 14 2014 01:33:28
               Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
19898017     +E-mail/Text: coafinternalbkteam@capitaloneauto.com Aug 14 2014 01:01:37
               Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
20041274     +E-mail/Text: bankruptcy@cavps.com Aug 14 2014 01:00:41     Cavalry Portfolio Services,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
19898019     +E-mail/Text: cphillips@citizensfinance.com Aug 14 2014 00:58:39     Citizens Finance,
               2174 West Kimberly Road,    Davenport, IA 52806-5368
20251344     +E-mail/Text: bankruptcy@hraccounts.com Aug 14 2014 00:58:51     Community Health Care Inc,
               C/O H and R Accounts Inc,    PO Box 672,    Moline, IL 61266-0672
20251365     +E-mail/Text: bankruptcy@hraccounts.com Aug 14 2014 00:58:51     Genesis Health System Illini,
               C/O H and R Accounts Inc,    PO Box 672,    Moline, IL 61266-0672
20251413     +E-mail/Text: bankruptcy@hraccounts.com Aug 14 2014 00:58:51
               Genesis Health System Illini Meditech,    C/O H and R Accounts Inc,    PO Box 672,
               Moline, IL 61266-0672
19898021     +E-mail/Text: bankruptcy@hraccounts.com Aug 14 2014 00:58:51     H & R Accounts,
               7017 John Deere Parkway,    Moline, IL 61265-8072
20476303      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2014 01:04:12
               LVNV Funding, LLC its successors and assigns as,    assignee of MCI Communications,
               Services, Inc,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0752-3          User: lorsmith              Page 2 of 2           Date Rcvd: Aug 13, 2014
                              Form ID: pdf006             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2014                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2014 at the address(es) listed below:
              Dennis R. Hewitt    on behalf of Debtor Patrick L. Henry dhewitt@rochelle.net
              Dennis R. Hewitt    on behalf of Joint Debtor Raeann L. Henry dhewitt@rochelle.net
              Megan G Heeg    heeg@egblc.com,   IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com,   IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                         TOTAL: 5
```