**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: HENRY, PATRICK L. | § Case No. 13-80072 |
| HENRY, RAEANN L. | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $48,701.07                    Assets Exempt:  $13,407.07
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,571.72       Claims Discharged
                                                 Without Payment: $104,189.66

Total Expenses of Administration: $5,428.28

---

    3) Total gross receipts of $     12,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $25,158.00 | $15,452.23 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,428.28 | 5,428.28 | 5,428.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 109,819.98 | 11,173.99 | 10,452.83 | 6,571.72 |
| **TOTAL DISBURSEMENTS** | $134,977.98 | $32,054.50 | $15,881.11 | $12,000.00 |

4) This case was originally filed under Chapter 7 on January 09, 2013. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/16/2014          By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE | 1280-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Capital One Auto Finance | 4120-000 | 16,317.00 | 15,452.23 | 0.00 | 0.00 |
| NOTFILED | Citizens Finance | 4110-000 | 8,841.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$25,158.00** | **$15,452.23** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 3,266.50 | 3,266.50 | 3,266.50 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 201.78 | 201.78 | 201.78 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $5,428.28 | $5,428.28 | $5,428.28 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry Portfolio Services | 7100-000 | 4,940.19 | 4,684.15 | 4,684.15 | 2,944.93 |
| 2 | MidAmerican Energy Co | 7100-000 | 468.34 | 468.34 | 468.34 | 294.45 |
| 3 | RRCA Accounts Management | 7100-000 | 1,616.36 | 2,286.53 | 2,286.53 | 1,437.55 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 721.16 | 0.00 | 0.00 |
| 4 -2 | Capital One Bank (USA), N.A. | 7100-000 | 749.31 | 721.16 | 721.16 | 453.39 |
| 5 | MEDIACOM COMMUNICATION CORPORATION | 7100-000 | 384.23 | 320.19 | 320.19 | 201.30 |
| 6 | Community Health Care Inc | 7100-000 | 311.00 | 311.00 | 311.00 | 195.53 |
| 7 | Genesis Health System Illini | 7100-000 | N/A | 319.62 | 319.62 | 200.95 |
| 8 | Genesis Health System Illini Meditech | 7100-000 | 1,042.00 | 1,042.00 | 1,042.00 | 655.11 |
| 9 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 299.84 | 299.84 | 188.51 |
| NOTFILED | Green Tree | 7100-000 | 87,134.82 | N/A | N/A | 0.00 |
| NOTFILED | Morrison Community Hospital | 7100-000 | 220.00 | N/A | N/A | 0.00 |
| NOTFILED | CGH Medical Center | 7100-000 | 648.00 | N/A | N/A | 0.00 |
| NOTFILED | River Valley Oral Surgeons | 7100-000 | 181.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Portfolio Recovery | 7100-000 | 586.00 | N/A | N/A | 0.00 |
| NOTFILED | University Of Phoenix | 7100-000 | 220.00 | N/A | N/A | 0.00 |
| NOTFILED | U. S. Deparatment Of Education | 7100-000 | 2,250.00 | N/A | N/A | 0.00 |
| NOTFILED | University Hospitals Iowa City | 7100-000 | 3,797.54 | N/A | N/A | 0.00 |
| NOTFILED | Target NB | 7100-000 | 331.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial | 7100-000 | 4,940.19 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $109,819.98 | $11,173.99 | $10,452.83 | $6,571.72 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-80072  
**Case Name:** HENRY, PATRICK L.  
HENRY, RAEANN L.  
**Period Ending:** 12/16/14

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 01/09/13 (f)  
**§341(a) Meeting Date:** 02/08/13  
**Claims Bar Date:** 05/13/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 503 E. Old Mill Street, Milledgeville, IL 61051<br>Orig. Description: 503 E. Old Mill Street, Milledgeville, IL 61051 - property, for sale at $66,000.00 inheritance | 22,000.00 | 0.00 | | 0.00 | FA |
| 2 | Bank of Orion, Orion, IL - checking account<br>Orig. Description: Bank of Orion, Orion, IL - checking account | 7.07 | 0.00 | | 0.00 | FA |
| 3 | National Bank, Morrison, IL - checking account i<br>Orig. Description: National Bank, Morrison, IL - checking account in banks, savings and loan, | 150.00 | 0.00 | | 0.00 | FA |
| 4 | National Bank, Morrison, IL - savings account as<br>Orig. Description: National Bank, Morrison, IL - savings account associations, or credit brokerage houses, or | 6,200.00 | 0.00 | | 0.00 | FA |
| 5 | Landlord, Luke Sandrock, c/o Ken Kopheiver, 118<br>Orig. Description: Landlord, Luke Sandrock, c/o Ken Kopheiver, 118 E. Main Street, Morrison, IL | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Furniture, appliances, electronics, TV, computer<br>Orig. Description: Furniture, appliances, electronics, TV, computer audio, video, and computer | 1,200.00 | 0.00 | | 0.00 | FA |
| 7 | Collectibles stamp, coin, record, tape, disc, an<br>Orig. Description: Collectibles stamp, coin, record, tape, disc, and other collections or | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Personal clothing<br>Orig. Description: Personal clothing | 150.00 | 0.00 | | 0.00 | FA |
| 9 | 2002 GMC Envoy - 100,000 miles subject to loan o<br>Orig. Description: 2002 GMC Envoy - 100,000 miles subject to loan of $8,841.00 | 5,974.00 | 0.00 | | 0.00 | FA |
| 10 | 2011 Kia Soul - 70,000 miles subject to loan of<br>Orig. Description: 2011 Kia Soul - 70,000 miles subject to loan of $16,317.00 | 12,120.00 | 0.00 | | 0.00 | FA |
| 11 | CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE (u)<br>Reann Henry's father died and she says she is | Unknown | 12,000.00 | | 12,000.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-80072  
**Case Name:** HENRY, PATRICK L.  
HENRY, RAEANN L.  
**Period Ending:** 12/16/14

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 01/09/13 (f)  
**§341(a) Meeting Date:** 02/08/13  
**Claims Bar Date:** 05/13/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| entitled to receive 1/3 of the net proceeds upon sale of real estate. May be other assets as well. (See Footnote) | | | | | |
| 11  Assets  Totals (Excluding unknown values) | **$48,701.07** | **$12,000.00** | | **$12,000.00** | **$0.00** |

RE PROP# 11    Debtors offered 12,000 for buyout of Raeann Henry's injterest in father's estate.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    October 31, 2014    **Current Projected Date Of Final Report (TFR):**    July 29, 2014 (Actual)

Printed: 12/16/2014 09:14 AM    V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-80072
**Case Name:** HENRY, PATRICK L.
HENRY, RAEANN L.
**Taxpayer ID #:** **-***4709
**Period Ending:** 12/16/14

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** Rabobank, N.A.
**Account:** ******4166 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/18/14 | {11} | Patrick Henry | per court order dated 6/16/14 | 1280-000 | 12,000.00 | | 12,000.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,990.00 |
| 09/11/14 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $1,950.00, Trustee Compensation; Reference: | 2100-000 | | 1,950.00 | 10,040.00 |
| 09/11/14 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $3,266.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,266.50 | 6,773.50 |
| 09/11/14 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $201.78, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 201.78 | 6,571.72 |
| 09/11/14 | 104 | Cavalry Portfolio Services | Dividend paid 62.87% on $4,684.15; Claim# 1; Filed: $4,684.15; Reference: | 7100-000 | | 2,944.93 | 3,626.79 |
| 09/11/14 | 105 | MidAmerican Energy Co | Dividend paid 62.87% on $468.34; Claim# 2; Filed: $468.34; Reference: 7622116038 | 7100-000 | | 294.45 | 3,332.34 |
| 09/11/14 | 106 | RRCA Accounts Management | Dividend paid 62.87% on $2,286.53; Claim# 3; Filed: $2,286.53; Reference: 30853216M; 30855340M; | 7100-000 | | 1,437.55 | 1,894.79 |
| 09/11/14 | 107 | Capital One Bank (USA), N.A. | Dividend paid 62.87% on $721.16; Claim# 4-2; Filed: $721.16; Reference: 22820632 | 7100-000 | | 453.39 | 1,441.40 |
| 09/11/14 | 108 | MEDIACOM COMMUNICATION CORPORATION | Dividend paid 62.87% on $320.19; Claim# 5; Filed: $320.19; Reference: 83838890330661939 | 7100-000 | | 201.30 | 1,240.10 |
| 09/11/14 | 109 | Community Health Care Inc | Dividend paid 62.87% on $311.00; Claim# 6; Filed: $311.00; Reference: 45275 | 7100-000 | | 195.53 | 1,044.57 |
| 09/11/14 | 110 | Genesis Health System Illini | Dividend paid 62.87% on $319.62; Claim# 7; Filed: $319.62; Reference: | 7100-000 | | 200.95 | 843.62 |
| 09/11/14 | 111 | Genesis Health System Illini Meditech | Dividend paid 62.87% on $1,042.00; Claim# 8; Filed: $1,042.00; Reference: 46429... & 516 21... | 7100-000 | | 655.11 | 188.51 |
| 09/11/14 | 112 | LVNV Funding, LLC its successors and assigns as | Dividend paid 62.87% on $299.84; Claim# 9; Filed: $299.84; Reference: | 7100-000 | | 188.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,000.00 | 12,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,000.00 | 12,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,000.00** | **$12,000.00** | |

{} Asset reference(s)

Printed: 12/16/2014 09:14 AM    V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 13-80072 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | HENRY, PATRICK L. | | **Bank Name:** | Rabobank, N.A. |
| | HENRY, RAEANN L. | | **Account:** | ******4166 - Checking Account |
| **Taxpayer ID #:** | **-***4709 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 12/16/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4166** | **12,000.00** | **12,000.00** | **0.00** |
| | $12,000.00 | $12,000.00 | $0.00 |